

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00420-CV

———————————————

IN RE NTE MOBILITY PARTNERS SEGMENTS 3 LLC, Relator

———————————————

Original Proceeding
153rd District Court of Tarrant County, Texas
Trial Court No. 153-000000-22

———————————————

Before Sudderth, C.J.; Birdwell and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

We have considered "Relator's Motion to Dismiss Proceeding as Moot." We grant the motion and dismiss this original proceeding as moot.

Per Curiam

Delivered:  January 7, 2025